# EXHIBIT 4





**HRSA**
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857

September 18, 2025

**BY EMAIL**
Jeff Colvin
Vice President, Legal Strategy
AbbVie, Inc.
Jeffrey.colvin@abbvie.com

Dear Jeff Colvin:

The Office of Pharmacy Affairs (OPA) has reviewed AbbVie Inc.'s (AbbVie) September 4, 2025, letter regarding audit work plans for Mount Sinai Hospital (Mt. Sinai: DSH330024) and Barrio Comprehensive Family Health Care Center (Barrio; CH062360).

As stated in our August 15, 2025, letters, OPA's position is that the patient definition criteria outlined in the audit work plan and in AbbVie's accompanying correspondence go beyond HRSA's 1996 Guidelines. HRSA issued its interpretation of "patient" in its 1996 Patient Definition Guidelines in accordance with section 340B(a)(5)(B) of the Public Health Service Act, which continues to guide HRSA's and manufacturers' audit activities.

OPA is not denying AbbVie the opportunity to audit Mt. Sinai or Barrio in accordance with the work plan submitted, however, to the extent findings result from AbbVie's application of a patient definition that is inconsistent with the longstanding 1996 Guidelines and the 340B statute, OPA will not be able to impose corrective actions.

As outlined in the August 15 letter, in the event AbbVie chooses to proceed with the audit and pursuant to the manufacturer audit guidelines (61 Fed. Reg. 65406 (Dec. 12, 1996)), AbbVie should ensure that the covered entity would have at least 15 days to prepare for the audit. In addition, please notify OPA of the expected time frame for the audit, including the dates the auditors will be onsite. AbbVie should also submit to OPA a copy of the final audit report at the conclusion of any audit it conducts pursuant to this request.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs
Health Resources and Services Administration
U.S. Department of Health and Human Services