# EXHIBIT 6

**HRSA**
Health Resources & Services Administration
**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



July 22, 2025

**BY EMAIL**
Edward Scheidler
Head of 340B Center of Excellence
AbbVie, Inc.
Edward.scheidler@abbvie.com

Dear Edward Scheidler:

The Office of Pharmacy Affairs (OPA) has reviewed the audit work plan submitted by AbbVie Inc. (AbbVie) on July 3, 2025, for The Mount Sinai Hospital (Mt. Sinai: DSH330024). OPA has the following concerns regarding this audit work plan.

The audit work plan contains AbbVie's own patient definition criteria. In accordance with section 340B(a)(5)(B) of the Public Health Service Act (PHSA), HRSA issued its interpretation of "patient" in its 1996 Patient Definition Guidelines, which continues to guide HRSA's and manufacturers' audit activities.

The patient definition criteria outlined in the audit work plan and in AbbVie's accompanying correspondence go far beyond HRSA's 1996 Guidelines, which contains the currently operative standard for determining whether an individual is a 340B patient. AbbVie should revise the audit work plan to reflect a review for alleged diversion based on the requirements of the 340B statute and the standards set forth in HRSA's 1996 Guidelines.

OPA also notes the following for AbbVie's response:

- The audit work plan requests drug purchasing reports to include WAC and GPO accounts. It is unclear why this information is needed to review whether diversion occurred pursuant to the audit authority in section 340B(a)(5)(C) of the PHSA.  Unless AbbVie can adequately explain how the collection of this information will aid in its audit of alleged diversion, this information should be removed from the audit work plan.

HRSA recommends these revisions to ensure the audit work plan can facilitate an audit of the covered entity's compliance with the diversion prohibition consistent with the 340B statute. HRSA encourages covered entities and manufacturers to work in good faith during the audit engagement and to agree to data request elements that will maximize efficacy of the review of the covered entity's compliance while minimizing burden and protecting confidential, proprietary business information.

Once AbbVie makes the requested changes, HRSA will review the revised audit plan and advise on the next steps.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs
Health Resources and Services Administration
U.S. Department of Health and Human Services