# EXHIBIT 8



**Office of Special Health Initiatives**
5600 Fishers Lane
Rockville, MD 20857



August 15, 2025

**BY EMAIL**
Jeff Colvin
Vice President, Legal Strategy
AbbVie, Inc.
Jeffrey.colvin@abbvie.com

Dear Jeff Colvin:

The Office of Pharmacy Affairs (OPA) has reviewed the revised audit work plan submitted by AbbVie Inc. (AbbVie) on August 1, 2025, for The Mount Sinai Hospital (Mt. Sinai: DSH330024). OPA has the following concerns regarding this audit work plan.

The audit work plan contains AbbVie's own patient definition criteria. In accordance with section 340B(a)(5)(B) of the Public Health Service Act (PHSA), HRSA issued its interpretation of "patient" in its 1996 Patient Definition Guidelines, which continues to guide HRSA's and manufacturers' audit activities.

The patient definition criteria outlined in the audit work plan and in AbbVie's accompanying correspondence go beyond HRSA's 1996 Guidelines, which consistent with the statute contains the currently operative standard for determining whether an individual is a 340B patient. If AbbVie proceeds to conduct the audit using a different standard, OPA will not be able to enforce corrective actions for any findings resulting from AbbVie's application of a patient definition that exceeds the 1996 Guidelines. This letter should not be viewed as an approval of AbbVie's interpretation of the term "patient."

In the event AbbVie chooses to proceed with the audit and pursuant to the manufacturer audit guidelines (61 Fed. Reg. 65406 (Dec. 12, 1996)), AbbVie should ensure that the covered entity would have at least 15 days to prepare for the audit and that the audits are limited to compliance with the diversion prohibition outlined in the 340B statute and HRSA's 1996 Guidelines. In addition, please notify OPA of the expected time frame for the audit, including the dates the auditors will be onsite. AbbVie should also submit to OPA a copy of the final audit report at the conclusion of any audit it conducts pursuant to this request.

Sincerely,

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs
Health Resources and Services Administration
U.S. Department of Health and Human Services