UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABBVIE INC.
              Plaintiff,

    v.

ROBERT F. KENNEDY, JR., Secretary of
Department of Health and Human Services et
al.,

              Defendants.

Civil Action No. 26-1190 (RDM)

**CONSET MOTION FOR EXTENSION OF TIME TO**
**FILE DEFENDANTS' REPLY**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendants, Robert F. Kennedy, Jr., in his official capacity as Secretary of the Department of Health and Human Services, Thomas J. Engles, in his official capacity as Administrator of the Health Resources and Services Administration, the Department of Health and Human Servies, ("HHS") and the Health Resources and Services Administration ("HRSA"), (collectively "Defendants"), by and through the undersigned counsel, respectfully moves this Court for a twenty-three day extension, up to and including August 27, 2026, to file their reply in support of their pending motion to dismiss the complaint.

There is good cause to grant this motion. In support of this motion the Defendants state as follows:

1. Plaintiff initiated this civil action on April 8, 2026. *See* Compl. (ECF No. 1). On June 16, 2026, Defendants moved to dismiss the complaint in its entirety. *See* Defs. Mot. to Dismiss (ECF No. 13). Plaintiff filed an opposition to the government's motion on July 8, 2026. *See* Pl. Abbvie Mem. of Law in Opp'n to Defs' Mot. to Dismiss (ECF No. 37). Defendants'

response in support of their motion to dismiss is currently due on August 4, 2026. There is good cause to grant the relief requested herein.

2.    Due to matters and deadlines in other pending cases, undersigned counsel requires additional time to discuss this matter with the agency and formulate an appropriate filing for the Court's consideration.

3.    The extension requested by the Defendants will not affect any other deadlines in this case. This is the first  extension of this deadline, and the second extension overall that the Defendants have requested.

4.    Pursuant to Local Civil Rule 7(m), the undersigned counsel for the Defendants conferred with Plaintiff through Plaintiff's counsel and Plaintiff graciously consents to the relief requested herein.

A proposed Order is being filed with this motion.

Dated: July 31, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABBVIE INC.
    Plaintiff,

  v.

ROBERT F. KENNEDY, JR., Secretary of
Department of Health and Human Services et
al.,

    Defendants.

Civil Action No. 26-1190 (RDM)

## **[PROPOSED] ORDER**

Upon consideration of the Defendants' Consent Motion for Extension of Time to File

Defendants' Reply, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Defendants shall have until August 27, 2026, to file

their response in support of their motion to dismiss the complaint.

SO ORDERED this _____ day of July_____, 2026.

_____
Randolph D. Moss
United States District Court Judge